**SO ORDERED**

Date signed March 02, 2015



**REGISTRY OF JUDGMENTS**

JAMES F. SCHNEIDER
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(BALTIMORE)

| | | |
|---|---|---|
| IN RE: JOHN K. BURKHARDT | * | CHAPTER 7   NO.: 14-25666 |
| | * | |
| * * * * * * * * * * * | | |
| THE CLIENT PROTECTION FUND OF THE BAR OF MARYLAND | * | |
| | * | |
| v. | | |
| | * | ADVERSARY NO. 14- |
| JOHN K. BURKHARDT | | |
| | * | |
| * * * * * * * * * * | | |

## CONSENT MONEY JUDGMENT

Upon consideration of the Consent Complaint for Non-Dischargeability Of Debt and the consent of the parties appearing hereon, a money judgment is entered in favor of the Plaintiff, The Client Protection Fund of the Bar of Maryland against Defendant, John K. Burkhardt in the amount of $6,944.00.00.

*We consent to the entry of this judgment.*

| | |
|---|---|
| /s/ JOHN K. BURKHARDT<br>7113 WARDMAN ROAD<br>BALTIMORE, MARYLAND  21212<br>410 804 6917;  jkburkhardt@msn.com<br>Defendant | /s/ LEO W. OTTEY, JR., ESQ.    11032<br>1190 WEST NORTHERN PARKWAY SUITE 124<br>BALTIMORE, MARYLAND  21210<br>410 433 4100; otteyjr@gmail.com<br>Attorney for Plaintiff |

As counsel for Plaintiff, I certify that the terms of the copy of this Consent Judgment submitted to the Court are identical to those set forth in the original Consent Judgment; and that the signatures represented by the /s/ on this copy reference the signatures of the consenting parties on the original Consent Judgment.

/s/ Leo W. Ottey, Jr.              #11032

Copies To:    Mr. Burkhardt and Mr. Ottey, at the addresses indicated

**END OF ORDER**